724

Circuit denied. *Sidney B. Alexander* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *S. Dee Hanson* for respondent.

No. 243. WOLPE ET AL. *v.* PORETSKY ET AL. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *H. Winship Wheatley* and *H. Winship Wheatley, Jr.* for petitioners. *Louis Ottenberg* and *William C. Sullivan* for respondents.

No. 244. SCHMOLL, SUCCESSOR ASSIGNEE, ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Court of Claims denied. *Bernard J. Gallagher* and *M. Walton Hendry* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Joseph B. Goldman* for the United States. *Alexander M. Heron* filed a brief for the Association of Casualty and Surety Executives, as *amicus curiae,* in support of the petition.

No. 245. FITZGERALD *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Joseph W. Sharts* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Robert N. Anderson* and *Melva M. Graney* for respondent.